NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1035, -1055

UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs-Appellants,

v.

MICROSOFT CORPORATION,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Rhode Island in case no. 03-CV-0440, Judge William E. Smith.

ON MOTION

ORDER

Upon consideration of the motion for extensions of time,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening brief is due no later than February 4, 2010. The cross-appellant's opening brief is due within 54 days of service of the appellants' opening brief.

FOR THE COURT

**DEC 15 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Frank E. Scherkenbach, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK